IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.                                          Criminal No. 7:25-PO-10 (MJK)
                                            Vio:   18 USC §§ 7, 13
                                                   NYVTL 511-2a

STEPHANIE M. LEBLANC
                        Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## THE COUNT

On or about January 28, 2025, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

## STEPHANIE M. LEBLANC

while knowing, and having reason to know, that her license or privilege of operating a motor vehicle in New York State is suspended, revoked, or otherwise withdrawn by the Commissioner, on November 23, 2024 for Failure to Answer a Summons in the Town of Pamelia, on September 12, 2024 for Failure to Answer a Summons in the Town of Champion and Twice on April 13, 2024 for Failure to Answer a Summons in the Town of Ellisburg, did operate a motor vehicle on a public highway.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York Vehicle and Traffic Law Section 511-2(a), Operation While License or Privilege is Suspended or Revoked; Aggravated Unlicensed Operation in the Second Degree.

CARLA FREEDMAN
United States Attorney

By: /s/
BRANDEN D. PHILLIPS
Special Assistant U.S. Attorney